DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM JORDAN SOFFIN,** an individual,
**YESSENIA SOFFIN,** an individual,
**POKER PRO MEDIA WORLDWIDE, INC.,** a Florida corporation, and
**GLOBAL MEDIA NETWORKS INC.,** a Florida corporation,
Appellants,

v.

**JAMES S. BYRD,** individually, and
**MORGAN & MORGAN, P.A.,** a Florida association,
Appellee.

No. 4D21-2401

[May 26, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 502012CA016702XXXXMB.

Edward Curtis of Tripp Scott, PA, Fort Lauderdale, and Samuel Alexander of Alexander Appellate Law P.A., DeLand, for appellants.

Benjamin J. Biard and Zachary S. Knoblock of Winget Spadafora Schwartzberg, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GERBER, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***